**ALABAMA MUNICIPAL INSURANCE CORPORATION, a corporation, Plaintiff–Counter Defendant–Appellant,**

v.

**ALLIANT INSURANCE SERVICES, INC., a corporation, f.k.a. Driver Alliant Insurance Services, f.k.a. Robert F. Driver Associates, Defendant–Counter Claimant–Appellee.**

No. 12–10697

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 10, 2013.

Scott M. Speagle, Dennis Mitchell Henry, Thomas Michael McCarthy, William Houston Webster, Webster Henry Lyons White Bradwell & Black, PC, Montgomery, AL, for Plaintiff–Counter Defendant–Appellant.

\* Honorable David M. Ebel, United States Circuit Judge for the Tenth Circuit Court of

John Winston Scott, Joshua S. Thompson, Kimberly Wood Geisler, Scott Dukes & Geisler, PC, Birmingham, AL, for Defendant–Counter Claimant–Appellee.

Before CARNES, WILSON, and EBEL,\* Circuit Judges.

PER CURIAM:

Having carefully considered the record and the parties' briefs and having heard oral argument, we **AFFIRM** for substantially the reasons set out in the district court's well-reasoned memorandum opinion and order, *Ala. Mun. Ins. Co. v. Alliant Ins. Servs., Inc.,* 2012 WL 39950 (M.D.Ala. Jan. 9, 2012).